UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RONALD D. NIELSEN,<br><br>              Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUM GROUP CORPORATION, CATHOLIC HEALTH INITIATIVES, CATHOLIC HEALTH INITIATIVES PLAN, AND FRANCISCAN HEALTH SYSTEM,<br><br>              Defendants. | Case No. 2:13-cv-01717-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Ronald D. Nielsen and defendants Unum Life Insurance Company of America and Unum Group Corporation, the remaining parties hereto, that the above-entitled matter may be dismissed with prejudice and without costs.

DATED: May 9, 2016

KEANE LAW OFFICES

By  */s/ T. Jeffrey Keane*
   T. Jeffrey Keane, WSBA No. 8465
   100 NE Northlake Way, Suite 200
   Seattle, WA 98105
   Tel: 206.438.3737 / Fax: 206.632.2540
   E-mail: tjk@tjkeanelaw.com
Attorneys for Plaintiff Ronald D. Nielsen

LANE POWELL PC

By  /s/ Charles C. Huber
   D. Michael Reilly, WSBA No. 14674
   Charles C. Huber, WSBA No. 18941
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-9402
   Tel:  206.223.7000 / Fax: 206.223.7107
   E-mail:  reillym@lanepowell.com
              huberc@lanepowell.com
Attorneys for Defendants Unum

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:13-cv-01717-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

100447.0156/6659813.1

# ORDER

The plaintiff Ronald D. Nielsen and defendants Unum Life Insurance Company of America and Unum Group Corporation having stipulated for dismissal of the above-entitled matter with prejudice and without costs; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: May 9, 2016.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By */s/ Charles C. Huber*
    D. Michael Reilly, WSBA No. 14674
    Charles C. Huber, WSBA No. 18941
Attorneys for Defendants Unum Life Insurance Company of America and Unum Group Corporation

KEANE LAW OFFICES

By */s/ T. Jeffrey Keane*
    T. Jeffrey Keane, WSBA No. 8465
Attorneys for Plaintiff Ronald D. Nielsen

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:13-cv-01717-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0156/6659813.1